UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., <br><br>    Plaintiff, <br><br>   v. <br><br> MARSHALLS OF MA, INC., et al., <br><br>    Defendants. | Case No. 3:21-cv-00945-L-BLM <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> **[ECF NO. 20]** |

Pending before the Court in this action alleging disability discrimination in violation of the Americans with Disabilities Act , 42 U.S.C. § 12101 *et seq*., and Unruh Civil Rights Act, Cal. Civ. Code § 51 *et seq*., is a motion to dismiss filed by Defendant Marshalls of MA, Inc. ("Marshalls"). Marshalls argues all claims asserted against it should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing under Article III of the United States Constitution. Plaintiff, who is represented by counsel, was to file an opposition, if any, no later than November 1, 2021. No opposition has been filed to date. Marshalls' motion is therefore granted as unopposed. *See* Civ. Loc. Rule 7.1(f)(3)(c); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). All / / / / /

1

claims asserted against Defendant Marshalls of MA, Inc. are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS SO ORDERED.**

Dated:  April 4, 2022

_____
Hon. M. James Lorenz
United States District Judge